UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK S. SOKOLSKY,<br><br>    Petitioner,<br><br>    v.<br><br>PAMELA AHLIN, executive director, Warden,<br><br>    Respondent. | Case No. CV 09-5783 CBM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: Sept. 8, 2009

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE